CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD FOLLMER, as Trustee of the TF Family Trust, et al,<br><br>Plaintiff(s)<br>v.<br><br>NOBUTAKA MUTAGUCHI,<br><br>Defendant(s). | CASE NUMBER<br><br>5:19-cv-01824--FLA-SHK<br><br>MEDIATION REPORT |

*Instructions:* The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.

1. ☐ A mediation was held on (date): April 6, 2022 .

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by L.R. 16-15.5(b).
   ☐ Did not appear as required by L.R. 16-15.5(b).
       ☐ Plaintiff or plaintiff's representative failed to appear.
       ☐ Defendant or defendant's representative failed to appear.
       ☐ Other:

3. Did the case settle?
   ☐ Yes, fully, on _____ (date).
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☑ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?


Dated: April 8, 2022

Richard R. Mainland
Signature of Mediator

Richard R. Mainland
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*